In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00378-CV
_____

**DELYNN POTTER, Appellant**

**V.**

**SDJ VENDURES, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 19-31583**

**MEMORANDUM OPINION**

On December 4, 2019, we notified the parties that this appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond.

Appellant did not file an affidavit of indigence on appeal and has not shown entitlement to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There

being no satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 15, 2020
Opinion Delivered January 16, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.